1

2

3

4

5

6          **UNITED STATES DISTRICT COURT**

7          **CENTRAL DISTRICT OF CALIFORNIA**

8

9    SCOTT HOWARD OLSHANE,          ) Case No.: 2:17-cv-05727-AFM
                                    )
10              Plaintiff,          ) {PROPOSED} ORDER AWARDING
                                    ) EQUAL ACCESS TO JUSTICE ACT
11         vs.                      ) ATTORNEY FEES AND EXPENSES
     NANCY A. BERRYHILL, Acting     ) PURSUANT TO 28 U.S.C. § 2412(d)
12   Commissioner of Social Security, ) AND COSTS PURSUANT TO 28
                                    ) U.S.C. § 1920
13                                  )
                                    )
           Defendant               )
14   _____)

15

16         Based upon the parties' Stipulation for the Award and Payment of Equal

17   Access to Justice Act Fees, Costs, and Expenses:

18         IT IS ORDERED that fees and expenses in the amount of $3,500.00 as

19   authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

20   awarded subject to the terms of the Stipulation.
     DATE:  8/13/2018
21

22

23                    ALEXANDER F. MACKINNON
                      UNITED STATES MAGISTRATE JUDGE
24

25

26

                                      -1-

Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

/s/ *Monica Perales*
_____
Monica Perales
Attorney for plaintiff Scott Howard Olshane